IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES MAYEN MAYEN, | : | Civil No. 3:20-cv-282 |
| Petitioner | : | (Judge Mariani) |
| v. | : | |
| U.S. ICE, *et al.*, | : | |
| Respondents | : | |

FILED
SCRANTON
FEB 2 4 2022
Per_____
DEPUTY CLERK

### ORDER

AND NOW, this 24th day of February, 2022, upon consideration of the petition for writ of habeas corpus (Doc. 1), and for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1. The petition for writ of habeas corpus (Doc. 1) is **DISMISSED** as moot.

2. The Clerk of Court is directed to **CLOSE** this case.

Robert D. Mariani
United States District Judge